United States District Court
Southern District of Indiana
Indianapolis Division

① Brent Jay Clayburn and
② Bartholomew County Jail Inmates)
Plaintiff(s)

V

③ Bartholomew County Sheriffs Department and Jail
④ Commander Justin Arnholt
Defendant(s)

Cause #

1:25-cv-949-JRS-TAB

**FILED**
**05/15/2025**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

Plaintiff(s)

Brent Jay Clayburn is a Citizen of the State of Indiana

Bartholomew County Jail Inmates are Citizens of the State of Indiana.

Defendant(s)

Bartholomew County Sheriffs Department is (are) Citizen(s) of the State of Indiana

Jail Commander Justin Arnholt is a Citizen of the State of Indiana

Statement of Claims

On or about Mid September 2024 the Bartholomew County Sheriffs Department have been opening

(pg. 1)

mine and the other few hundred inmates Legal-Mail, copy it, giving the inmate the copy and then they retain our original Legal-Mail. All of this is done in the presence of the recieving inmate. Legal-Mail can and does at times include Defense and Trial Statigies from our Licensed Defense Attorneys. This information is private and protected via Attorney-Client Privilege. By taking my opened legal mail out of my presence; it is exposed to obvious potential of being viewed by various state actors and anyone of the public who may have access to the location it is stored. This extremely private and sensitive information could be used in a manner that could jeopardize my defense thus biasing my case against my favor. By taking my legal-Mail, storing it and viewing it, is completely depriving me of Attorney/Client privilege concerning Legal-Mail. As to add "insult to injury", the copy machine used has a memory chip. This is another avenue for legal-mail to be corrupted and potentially viewed by anyone who has access to the copier. The defendants are State actors and have an obligation to disclose sensitive information to the prosecution,

(pg. 2)

Unconstitutionally depriving us of our fundemental right of Life, Liberty and the Pursuit of Happiness. I have put in grievance regarding Handbook Policy violation and the mishandling of Legal-Mail and requested a response (Commander Arnholt). I have no response to this as of the mailing of this claim for suit.

Relief sought in this Class Action Suit:

To ensure that Policy is being followed by inspecting Legal-Mail for Contraband while in our presence and then to immediately give it to us (Per Handbook Policy) or to adapt a new policy to shredd/destroy the originals in our presence after sufficient copies have been given to us. This would ensure Attorney-Cient priviledge is being upheld.
   Ensure ③ Only trained, higher ranking officials handle Legal-Mail and not new un-trained officials who have no experience to Constitutionally protect correspondence from Licensed Attorneys to their Clients.
④ For Nominal Damages & Injunctive Damages as well as Punitive as applicable.

(pg 3)

Brent Jay Clayburn
Bartholomew County Jail Inmates
           Plaintiff(s)

V

Bartholomew County Sheriff Department and
Jail Commander Justin Arnholt
           Defendants

Cause # _____

## Memorandum In Support of Claim

    Comes now the Plaintiff Brent Jay Clayburn in good faith and in the interest of justice Requesting Leave of this Court to prohibit the Defendants from Handling Legal-Mail in an unsecure manner as described herein. As of the date of this writing, the Bartholomew County Jail Recieves the Inmates Legal-Mail, Opens it in front of the inmate to supposedly check for contraband, photo-copies it in the inmates presence, gives the inmate the copies and then stores the original open Legal-mail in an area unaccessable and unknown to myself and the inmates.

    This action seems to only serve one true purpose. That is to review and screen inmates legal-mail. As State actors, the department needs to disclose to other authorities (prosecutorial, legal, court, command) what intel they have knowledge of. They may or may not disclose how they came informed of this intel. The unlawful rention is a violation of my (our) rights via the 1st, 6th and 14th Amendments. See Procunier V. Martinez, 416 U.S. 396.

(1a)

where on appeal, the court found the Retention and Censorship of Prisoner Mail worked a Consequential Restriction on the 1st, 6th, 14th Amendment Rights of those Also who aren't Prisoners." The senders of the mails rights are also affected by the Sheriffs Departments Policy of Handling the mail.

Attorney Client privacy (privilege) is also jeopardized. The Supreme court upholds inmates right to access Legal Materials without impedement by jail or prison officials. See Bounds V. Smith, 430 U.S 819, 97 S.Ct. 1491, 52 L.Ed. 2d 72 (1976)

The defendants violate the Inmate Handbook by not giving the inmates their Legal-Mail after contraband inspection. As described such "To Inspect Legal Mail in front of the individual for contraband, once it is deemed safe and contraband free it shall be handed over to the inmate." Rather than follows this policy, the defendants copy & store the original Legal-Mail. Attorney/Client privileged Communications are therefore violated. In 28 U.S.C § 2241 the court said " if the Jails interference

(2a)

OVER→

with (The inmates) Attorney-Client relationship was neither accidental Nor Unavoidable, but was rather the result of deliberate and Affirmative Acts: there was a violation of the Sixth Amedment if there was prejudice." Also see Olson V. Brown.

Once Legal-mail is removed from my (our) presence it is subject to be viewed and inspected by anyone within the Department. It is not secure and or private to me (us) and my attorney anymore.

If the opening, inspecting, copying and so forth were intended to prevent contraband from entering, why store it for future presention to the inmate upon their release? Why not destroy it if the inmate has recieved the full context of their Legal-mail and its privacy has remained intact?

This cause is not limited without further reference cases. The few presented are provided to just show the merits of this suit. This cause must proceed in order to prevent any further mis-handling and inspection of Legal-Mail by the Defendants or anyone else.

(3a)

<u>Rights Violated.</u>     Federal Question: Yes
1) First Amend. Right to Access the Courts for Legal Redress
2) Sixth Amend. Attorney Client Privilege Communication Affective Assistance to Counsel.
3) Fourteenth Amend. Due Process
4) Fourth Amend. The Right to be Secure in our Papers, House's Effects.

1) Brent Jay Clayburn
c/o Bartholomew County Jail
543 Second Street
Columbus, IN 47201

2) Bartholomew County Inmates
c/o Bartholomew County Jail
543 Second Street
Columbus, IN 47201

3) Bartholomew County Sheriffs Department
543 Second Street
Columbus, IN 47201

4) Jail Commander Justin Arnholt
c/o Bartholomew County Jail
543 Second Street
Columbus, IN 47201

(pg 4a)

I Brent Jay Clayburn swear to this Honorable Court Under Oath and Under Penalty of Perjury that the information setforth Herein is true and accurate to this cause of Action.

I'm an indigent Inmate Requesting Leave of this Honorable Court to File this Class Action Informa Pauperis.

Respectfully Submitted

Pro-Se, Brent J. Clayburn
Date: 5-11-2025

(Pg 5a)

Brent Clayburn I.D. #49323
c/o Bartholomew County Jail
543 Second Street
Columbus, IN 47201

INDIANAPOLIS IN 460
13 MAY 2025 PM 7 L

Legal Mail 5/11/25

The Office of the
Clerk of the U.S. District Court
105 U.S. Courthouse
46 East Ohio St.
Indianapolis, IN 46204

FILED
MAY 15 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-199999