UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRENT JAY CLAYBURN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 1:25-cv-00949-JRS-TAB |
| BARTHOLOMEW COUNTY SHERIFFS DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 1/16/2026

Kristine L. Seufert, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

BRENT JAY CLAYBURN
49373
BARTHOLOMEW COUNTY JAIL
543 2nd Street
Columbus, IN 47201